# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | NO. 4:14CR00188-18 JLH | |
| BRONSON JAY TAYLOR | | DEFENDANT |

## ORDER

Court convened for a scheduled sentencing hearing on this date. During the course of the hearing, the Court was informed that defendant's true name is Bronson Jay Taylor. Therefore, the Clerk is directed to take the appropriate steps to reflect that defendant's correct name is Bronson Jay Taylor.

IT IS SO ORDERED this 6th day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE