
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 20 2018

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     NO. 4:14CR00188-18 JLH

BRONSON JAY TAYLOR     DEFENDANT

## JUDGMENT and COMMITMENT ORDER

Court convened on Tuesday, February 20, 2018, for a scheduled hearing on the government's superseding motion to revoke the probation of defendant Bronson Jay Taylor. Document #1054. Assistant United States Attorney Chris Givens was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Latrece Gray.

Based on the defendant's admission of violation nos. 1, 2, 3, 5, 6a, and 8, and the Court's findings concerning violation nos. 4 and 7, the Court determined that defendant's probation should be revoked. The superseding motion to revoke probation is GRANTED. Document #1054.

IT IS THEREFORE ORDERED that defendant **is sentenced to the custody of the Bureau of Prisons for a term of imprisonment of THREE (3) DAYS to be served on a weekend.** Supervised release is reimposed and will expire on October 15, 2018. The first sixty (60) days of supervised release will be spent in the City of Faith residential reentry facility.

All other conditions of supervision previously imposed will remain in full force and effect throughout the duration of supervision.

IT IS SO ORDERED this 20th day of February, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE